POOLEY WHITE *et al. v.* STATE, *ex rel.* HOMER W. PITTMAN, COUNTY ATTORNEY, ETC.

(Division B.   Oct. 26, 1942.)

[10 So. (2d) 171.   No. 35077.]

**Earle L. Wingo**, of Hattiesburg, for appellant.

**Greek L. Rice**, Attorney-General, by **Russell Wright**, Assistant Attorney-General, for appellees.

**Anderson, P. J.**, delivered the opinion of the court.

The case as to the appellant, Pooley White, is controlled by the opinion in the Hansbrough case, 193 Miss. 461, 10 So. (2d) 170.

Reversed and remanded.